UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| MELISSA WILKES and BENJAMIN, WILKES, on behalf of themselves and all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 4:16-CV-32 RLM-PRC |
| | ) | |
| ONE HOUR AIR CONDITIONING FRANCHISING, LLC., et al., | ) ) | |
| | ) | |
| Defendants | ) | |

ORDER

Pursuant to the parties' stipulation of dismissal [Doc. No. 32] and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED without prejudice as to the following defendants: One Hour Air Conditioning Franchising, LLC, Clockwork, Inc., and Clockwork IP, LLC.

SO ORDERED.

ENTERED:   December 31, 2016

_____/s/ Robert L. Miller, Jr._____
Judge
United States District Court